IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ARIA POTTER AND DAVID J. POTTER, II | § § | |
| *Plaintiffs*, | § | |
| v. | § | Civil Action No. 5:23-cv-98-RWS-JBB |
| | § | |
| CRESTBROOK INSURANCE COMPANY | § § | |
| *Defendants.* | § § | |

### **ORDER**

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice. Docket No. 48. In the joint stipulation, the parties stipulate to the dismissal of "the entire suit with prejudice" and that "[t]he parties will bear their own costs of suit." *Id.* The Court, having reviewed the joint stipulation, finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 29th day of January, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE